Juan Gallego, Respondent, v. Juan Siso Suarez and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Emanuel J. Hajny, Respondent, v. Levi D. Smedes, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that at the time of commencement of action it does not satisfactorily appear that plaintiff was a resident of New York county, and that the venue should be changed for the convenience of witnesses. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Kenneth S. Guiterman, Appellant, v. The Pennroad Corporation, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

William F. Hanson and Others, Appellants, v. The Pennroad Corporation, Respondent, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Laura M. French, a Stockholder, for a Peremptory Mandamus Order Permitting Her to Examine the Books of Account, Records and Documents of the McCabe Hanger Manufacturing Company, Respondent, against Lissa L. McCabe, as President and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Wilford C. Haller, as Trustee in Bankruptcy of Midtown Food Shop, Inc., Bankrupt, Appellant, v. Charles Brown and Others, Defendants, Impleaded with Chatham Phenix National Bank and Trust Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendant, respondent, to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Gotham Music Service, Inc., and Another, Appellants, v. Denton and Haskins Music Publishing Co., Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

John W. Cutler, Appellant, v. Fred Y. Presley, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Mildred Warringer, an Infant, by Her Guardian ad Litem Margaret R. Warringer, Respondent, v. Louise T. Cochran, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.